IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GORDON COLLEGE,<br><br>   *Plaintiff*,<br><br> v.<br><br>SMALL BUSINESS ADMINISTRATION *et. al*,<br><br>   *Defendants*. | No. 1:23-cv-614 (BAH) |

**JOINT MOTION REGARDING AMENDMENT OF AND RESPONSE TO COMPLAINT**

  On March 6, 2023, Plaintiff Gordon College filed its Complaint against Defendants. Dkt. No. 1. Defendants were served on June 5, 2023. Dkt. No. 8. On July 26, 2023, the Court granted Defendants' Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint to August 25, 2023. *See* July 27, 2023 Minute Order.

  Counsel for Plaintiff and Defendants have conferred about Plaintiff's intention to file an Amended Complaint. The parties agree it would be most beneficial for Plaintiff to file its Amended Complaint prior to Defendants responding to Plaintiff's Complaint. Accordingly, Plaintiff and Defendants respectfully request that the Court enter an order providing that Plaintiff shall file its Amended Complaint by September 1, 2023, and that Defendants shall file their response to Plaintiff's Amended Complaint by October 2, 2023.

  A proposed order accompanies this motion.

  Date: August 10, 2023

                Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY
Trial Attorney (Tex. Bar No. 24131173)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8101
Email: bonnie.e.devany@usdoj.gov

*Counsel for Defendants*

*/s/ J. Matthew Szymanski*
GAMMON & GRANGE, P.C.
Scott J. Ward (Bar #VA158)
J. Matthew Szymanski (Bar #VA157)
John R. Flores Sr. (Bar #VA078)
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Email: SJW@gg-law.com
Phone: (703) 761-5012
Email: JMS@gg-law.com
Phone: (703) 761-5030
Email: JRF@GG-Law.com
Phone: (703) 761-5007

*Counsel for Plaintiff*