**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Gordon College
255 Grapevine Road
Wenham, MA 01984-1899

*Petitioners / Plaintiffs*,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, *in her Official Capacity as Administrator of the Small Business Administration*; *and* THE UNITED STATES OF AMERICA,

*Respondents / Defendants*.

Case No. 1:23-cv-614-BAH

**PETITIONER/PLAINTIFF GORDON COLLEGE'S**
**FIRST AMENDED PETITION FOR JUDICIAL REVIEW AND**
**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INDEX OF EXHIBITS**

1. SBA ALJ Final Decision on Gordon College Petition for Reconsideration (Jan. 5, 2023)

2. SBA ALJ Initial Decision Denying Gordon College Appeal (Nov. 21, 2022)

3. Gordon College Petition for Reconsideration of SBA ALJ Initial Decision (Dec. 1, 2022)

4. Gordon College Original PPP Loan Application (originally included as Exhibit 3 to Gordon College Appeal Petition [Exhibit 7 below]) (Apr. 6, 2020)

5. Email from Citizens Bank to Gordon College (Oct. 28, 2021)

6. SBA Loan Decision (originally included as Exhibit 1 to Gordon College Appeal Petition [Exhibit 7 below]) (April 12, 2022)

7. Gordon College Appeal Petition (without original exhibits) (May 13, 2022)

8. Exhibit 11 to Gordon Appeal Petition (Exhibit 7 above)—SBA PPP FOIA Data Charts

9. Gordon Objections to SBA Administrative Record (filed Aug. 19, 2022; Sep. 19, 2022)
10. SBA ALJ Notice and Order (Sep. 19, 2022)
11. SBA ALJ Order Vacating Inadvertent Notice and Order (Sep. 20, 2022)
12. SBA ALJ Notice of Filing Petition for Recon. and Date for Response (Dec. 2, 2022)
13. SBA ALJ Order for SBA to Supplement the Administrative Record (Dec. 2, 2022)
14. SBA Supplement to the Administrative Record—Appeal Analysis (Dec. 8, 2022)
15. Gordon's Objections to SBA Supplement of Administrative Record (Dec. 19, 2022)
16. SBA ALJ Caulfield's Initial Decision for Husson University Appeal (Aug. 4, 2022)
17. U.S. Sen. Susan Collins Letter to SBA on behalf of Husson University (Nov. 1, 2022)
18. SBA ALJ Caulfield's Final Decision for Husson University (Feb. 7, 2023)