**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GORDON COLLEGE<br>255 Grapevine Road<br>Wenham, MA 01984-1899,<br><br>*Petitioner / Plaintiff*,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, *in her Official Capacity as Administrator of the Small Business Administration*; *and* THE UNITED STATES OF AMERICA,<br><br>*Respondents / Defendants*. | Case No. 1:23-cv-614-BAH |

**FIRST AMENDED PETITION FOR JUDICIAL REVIEW AND**
**<u>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF</u>**

# EXHIBIT 17

SUSAN M. COLLINS
MAINE

413 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1904
(202) 224–2523
(202) 224–2693 (FAX)

# United States Senate

WASHINGTON, DC 20510–1904

COMMITTEES:
APPROPRIATIONS
HEALTH, EDUCATION, LABOR, AND PENSIONS
SELECT COMMITTEE ON INTELLIGENCE
SPECIAL COMMITTEE ON AGING

November 1, 2022

The Honorable Isabella Casillas Guzman
Administrator
Small Business Administration
409 3rd Street SW
Washington, DC 20416-0005

Dear Administrator Guzman:

I am writing on behalf of Husson University, a small, nonprofit university in Bangor, Maine, with a request for assistance regarding the University's Paycheck Protection Program (PPP) loan.

It has come to my attention that Husson University received a PPP loan to keep employees on payroll during the COVID-19 pandemic state of emergency and subsequently applied for loan forgiveness. In its final review of the loan, the SBA denied Husson's application for forgiveness based on its revised assessment of Husson's eligibility, a determination that an Administrative Law Judge recently reversed. I understand that that the SBA has chosen to appeal this decision and is seeking to recover $5.965 million from Husson. This would impose a significant financial hardship on this small, nonprofit institution of higher education. I have also been made aware of the disparate treatment that Husson is receiving as compared to other similarly situated institutions of higher education that received PPP loan forgiveness.

I co-authored the Paycheck Protection Program, which was vital to helping small employers stay afloat during the COVID-19 pandemic. The law was intended to help a broad array of borrowers, including nonprofits, many of whom, like Husson, had not worked with the SBA before. In developing its PPP application, the University worked with a lender, reviewed available SBA guidance, kept abreast of updates on the SBA website, including Frequently Asked Questions (FAQ), and sought guidance from the Maine District SBA office.

When the SBA issued an interim final rule regarding PPP eligibility on April 2, 2020, University officials spoke with their lender and consulted other industry resources to determine how to qualify for the program and obtain additional information about the program's terms. They explained the unique nature of employment contracts at small nonprofit institutions of higher education, where it is common for the institution to employ a large number of adjunct staff who may work for only a few hours each week. In fact, it is my understanding that 86% of Husson's part-time employees work five or fewer hours per week. Thus, the University asked whether it would be appropriate to calculate the number of employees using the Full Time Equivalent (FTE) calculation established by the Affordable Care Act of 30 hours to one employee, or if the number of employees should be based on headcount. Based on professional advice, and in the absence of any SBA guidance regarding the employee counting procedure,

Husson determined that using the FTE calculation was a reasonable approach, and the application was prepared and submitted on April 6, 2020.

As you know, during the same time period, the SBA revised its PPP application form; Husson re-signed and submitted a PPP application on April 8, 2020, and the lender submitted it to the SBA on April 13, 2020. Page two of this application (Form 2483), effective April 2, 2020, required the applicant to certify the number of full time equivalent employees. The application was approved the following day, and Husson University closed on the loan on April 23, 2020.

Shortly thereafter, on May 6, 2020, officials at Husson learned of the SBA FAQ, which included Question #36, clarifying that FTE should not be used to calculate the number of employees. Question 36 was published on April 26, 2020.

On May 8, another interim final rule was issued by SBA, further addressing the proper way to calculate employee count for institutions of higher education by clarifying that work study students should not be included in the count. SBA issued several additional final rules and FAQs to clarify the program terms.

Husson also sought assistance from me in navigating the PPP eligibility requirements. On April 13, 2020, I wrote to Treasury Secretary Mnuchin and SBA Administrator Carranza to bring to their attention the unique employment situation faced by institutions of higher education, specifically with respect to FTE methodology and work-study students. I encouraged the Treasury Department and SBA to adopt a sensible FTE methodology for higher education applicants and to exempt student workers from the employee counts. On May 12, 2020, Frederick Vaughn, the Principal Deputy Assistant Secretary for Legislative Affairs at the Treasury Department, replied to my letter and stated that institutions of higher education must exclude work study students from their employee counts. The letter pointed to additional documents on the Department's website for guidance, but did not indicate any further clarifications to FTE for institutions of higher education.

Husson University President Robert Clark has also alerted me to correspondence that he received from the SBA pertaining to its PPP eligibility. On May 13, President Clark emailed Keith Lind, Public Affairs Specialist at the Maine District Office of the US Small Business Administration, regarding Husson's loan. President Clark wrote,

> In reading the guidance for higher education institutions, it would seem that use of the FTE that was in effect and approved by our lender prior to the May updates would allow use of the Affordable Care Act adjustments under Federal Law, which is under the rationale for excluding work study students. This is the approach that Husson followed to determine its employee eligibility and was approved by both our lender and the SBA. I just wanted to verify that this process was still valid after the newer guidance came forward. I appreciate your assistance.

President Clark received a response from SBA Public Affairs Specialist Keith Lind the same day, which stated, "I can confirm that since Husson's application was made prior to the new guidance being issued, the new guidelines will not impact the terms for your loan." A

reasonable person would interpret this to mean that Husson's loan would not be affected by any guidance issued after the application had been filed, and Husson relied upon this information provided to them by the agency. Therefore, officials at Husson were surprised and dismayed to learn that their loan would not be forgiven, based on the April 26 FAQ guidance that the FTE should not be used to calculate the number of employees.

I, too, was alarmed by this decision, particularly when I learned that more than 20 other institutions of higher education of similar size that borrowed similar amounts from the PPP program, were successful in having their loans forgiven. As officials at Husson have continued to seek resolution to this matter and forgiveness of Husson's PPP loan, they have reviewed data regarding PPP loans taken out by other institutions of higher education. They provided the enclosed charts, which include both the number of employees reported on each institution's PPP loan application and the number of employees by headcount reported by each of these institutions to the Internal Revenue Service in the three years leading up to the PPP loan applications. PPP loan application data were obtained from publicly available sources on the SBA website. Data reported to the IRS were also publicly available through the Guidestar.org database of IRS Form 990s for the pertinent institutions. These data show a significant discrepancy between the number of employees reported on the PPP application and the IRS 990 form; the data seem to suggest that other institutions of higher education also used the FTE methodology to calculate the number of employees for purposes of applying for PPP and their loans were forgiven, though the number by headcount is in many cases greater than the number of employees by headcount at Husson.

Husson clearly sought advice from officials at the SBA after becoming aware of the guidance regarding the calculation of number of employees, which was issued after the application had been filed and the loan was disbursed. It then relied upon the response received from the SBA District office, a decision that SBA is now attempting to use against it. SBA also appears to be treating Husson differently than other similarly situated institutions of higher education that have applied for PPP loan forgiveness. I am writing to ask that the SBA carefully review this matter and provide any appropriate assistance to ensure that Husson's concerns are addressed, consistent with applicable laws, rules, and regulations.

Thank you for your consideration of this serious issue. If you have any questions, or need additional information, please do not hesitate to contact Carol Woodcock in my Bangor office at (207) 945-0417. I look forward to your response.

Sincerely,

Susan M. Collins

Susan M. Collins
United States Senator

CC: Ms. Diane Sturgeon
Maine District Director
U.S. Small Business Administration

Enclosures.

SUSAN M. COLLINS
MAINE

413 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1904
(202) 224-2523
(202) 224-2693 (FAX)

United States Senate
WASHINGTON, DC 20510-1904

COMMITTEES:
SPECIAL COMMITTEE ON AGING, CHAIRMAN
APPROPRIATIONS
HEALTH, EDUCATION, LABOR, AND PENSIONS
SELECT COMMITTEE ON INTELLIGENCE

April 16, 2020

The Honorable Steven T. Mnuchin
Secretary
U.S. Treasury Department
1500 Pennsylvania Avenue, NW
Washington, DC 20220

The Honorable Jovita Carranza
Administrator
Small Business Administration
409 3rd Street, SW
Washington, DC 20416

Dear Secretary Mnuchin and Administrator Carranza:

As you implement the provisions of the Paycheck Protection Program (PPP) established by the *Coronavirus Aid, Relief, and Economic Security (CARES) Act,* I encourage you to use the flexibility provided by the law to adopt a sensible full-time equivalent (FTE) methodology for purposes of determining eligibility under the PPP. As such, I also encourage you to exempt student workers from the employee counts for institutions of higher education (IHEs).

In addition to educating the nation's future workforce, small colleges and universities are significant employers in their local communities. While these institutions adjust to limiting in-person access to their campuses, many are seeking assistance with supporting their workforce. Several small IHEs are interested in accessing financing through the PPP, but there is uncertainty about whether the 500-employee eligibility cap includes their student workers. Among similarly sized institutions, counting student employees within the eligibility cap may exclude some, but not others, from qualifying for these programs.

The student workforce is a unique population. On-campus employment helps students pay for tuition, books, transportation, and other expenses, while keeping them on track to earning their degrees. Students work often just a few hours a week, and many receive compensation through the Federal Work Study Program. The IRS and Treasury have observed the primary educational purpose of the Federal Work Study Program, and have excluded these students from the full-time employee count of the federal health insurance mandate. Similarly, the Department of Education's Integrated Postsecondary Education Data System excludes undergraduate and work-study students from its employee count survey for IHEs. Likewise, I encourage you to adopt a sensible means of determining workers for headcount purposes among IHE applicants for the PPP by excluding students.

Supporting colleges and universities, including in their roles as employers, is essential during this pandemic crisis. Thank you for your attention to this matter.

Sincerely,

Susan M Collins

Susan M. Collins
United States Senator

**DEPARTMENT OF THE TREASURY**
**WASHINGTON, D.C. 20220**

May 12, 2020

The Honorable Susan M. Collins
United States Senate
Washington, DC 20510

Dear Senator Collins:

I write in reply to your April 16, 2020 letter regarding full-time-equivalent methodology and student worker treatment in the Paycheck Protection Program (PPP) established under the Coronavirus Aid, Relief, and Economic Security Act and extended by the PPP and Health Care Enhancement Act.

The Secretary shares your interest in making the PPP available to as many of America's job creators and their employees as feasible. Treasury has posted to its website a series of documents, including interim final rules that implement the PPP, a set of frequently asked questions, fact sheets, and other documents to address specific lender and borrower questions about eligibility and the application process, among other topics.[1] This includes an interim final rule posted on May 5, 2020, which provided that institutions of higher education must exclude work study students when determining the number of employees for purposes of PPP loan eligibility to enable certain eligible small educational institutions to participate in the program. Treasury will continue to provide further guidance, as appropriate, to help small businesses and other eligible borrowers get the assistance they need.

If you have further questions, please direct your staff to contact the Office of Legislative Affairs.

Sincerely,

Frederick W. Vaughan
Principal Deputy Assistant Secretary
Office of Legislative Affairs

cc: The Honorable Jovita Carranza

---

[1] *See* https://home.treasury.gov/policy-issues/top-priorities/cares-act/assistance-for-small-businesses.

| LoanNumber | DateApproved | BorrowerName | InitialApprovalAmount | JobsReported | ForgivenessAmount | ForgivenessDate |
|---|---|---|---|---|---|---|
| 3537677109 | 4/11/2020 | UNIVERSITY OF DALLAS | 5,820,700 | 424 | 5,879,704 | 4/23/2021 |
| 6489537405 | 5/14/2020 | VANGUARD UNIVERSITY OF SOUTHERN CALIFORNIA | 5,035,859 | 484 | 5,086,494 | 5/21/2021 |
| 1348027202 | 4/15/2020 | UNIVERSITY OF SAINT FRANCIS | 5,158,000 | 468 | 5,210,993 | 5/13/2021 |
| 9067147900 | 6/19/2020 | ALBION COLLEGE | 6,007,597 | 498 | 6,065,862 | 6/16/2021 |
| 1191027105 | 4/10/2020 | CENTRE COLLEGE OF KENTUCKY | 5,154,500 | 470 | 5,216,068 | 6/28/2021 |
| 5682607704 | 5/1/2020 | ST MARY'S COLLEGE OF MARYLAND | 6,661,697 | 450 | 6,735,249 | 6/11/2021 |
| 7255677109 | 4/14/2020 | TREVECCA NAZARENE UNIVERSITY | 5,837,800 | 461 | 5,904,975 | 6/15/2021 |
| 7150427206 | 4/28/2020 | ALVERNIA UNIVERSITY | 5,302,315 | 395 | 5,990,306 | 6/24/2021 |
| 8796348108 | 7/27/2020 | DREW UNIVERSITY | 7,039,103 | 471 | 7,098,544 | 6/11/2021 |
| 5877627002 | 4/6/2020 | ASA COLLEGE, INC. | 5,624,000 | 415 | 5,688,560 | 6/15/2021 |
| 8710977102 | 4/15/2020 | CALIFORNIA NORTHSTATE UNIVERSITY, LLC | 5,373,965 | 280 | 4,122,306 | 6/9/2021 |
| 9753097005 | 4/9/2020 | CHARLES R. DREW UNIVERSITY OF MEDICINE AND SCIENCE | 5,520,000 | 450 | 5,585,167 | 6/17/2021 |
| 4895567410 | 5/11/2020 | LENOIR-RHYNE UNIVERISTY | 5,043,003 | 400 | 5,099,597 | 6/24/2021 |
| 4112937201 | 4/27/2020 | FRANCISCAN UNIVERSITY OF STEUBENVILLE | 6,650,000 | 498 | 6,729,800 | 7/15/2021 |
| 4336707103 | 4/13/2020 | JOHNSON C SMITH UNIVERSITY | 5,231,800 | 315 | 5,295,163 | 7/1/2021 |
| 1636537109 | 4/10/2020 | THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART | 6,562,500 | 427 | 6,651,108 | 8/20/2021 |
| 4179517710 | 5/1/2020 | WHEATON COLLEGE-SBA SMALL 7A TERM | 6,500,042 | 465 | 6,583,640 | 8/16/2021 |
| 3949557104 | 4/12/2020 | BENNINGTON COLLEGE CORPORATION | 5,945,442 | 370 | 6,023,559 | 8/10/2021 |
| 6685747210 | 4/28/2020 | ROCKHURST UNIVERSITY | 5,475,039 | 488 | 5,550,017 | 9/13/2021 |
| 9001567110 | 4/15/2020 | MILLS COLLEGE | 6,559,200 | 431 | 6,652,646 | 9/28/2021 |
| 5582417001 | 4/5/2020 | OUR LADY OF THE LAKE UNIVERSITY OF SAN ANTONIO | 6,604,600 | 455 | 6,694,679 | 8/20/2021 |
| 2885397208 | 4/16/2020 | THE CORPORATION OF SAINT MARY'S COLLEGE NOTRE DAME | 6,008,100 | 417 | 6,096,219 | 10/5/2021 |
| 7130567107 | 4/14/2020 | ALLEGHENY COLLEGE | 5,485,500 | 496 | 5,574,335 | 11/26/2021 |
| 3800297209 | 4/27/2020 | HOUSTON BAPTIST UNIVERSITY | 6,800,000 | 485 | 6,543,335 | 12/7/2021 |
| 2643697103 | 4/11/2020 | ASSUMPTION COLLEGE | 7,500,000 | 429 | 7,632,708 | 1/24/2022 |
| 7984257101 | 4/14/2020 | ST. FRANCIS COLLEGE | 5,516,670 | 462 | 5,615,204 | 1/28/2022 |
| 8289087101 | 4/15/2020 | GORDON COLLEGE | 7,046,037 | 496 | | |
| 8290497103 | 4/15/2020 | WESTMINSTER COLLEGE | 6,762,900 | 434 | 6,288,489 | 7/7/2021 |
| 3607897210 | 4/27/2020 | GOLDEN GATE UNIVERSITY | 6,743,500 | 354 | 6,554,037 | 2/2/2022 |
| 3951297402 | 5/8/2020 | MARYMOUNT MANHATTAN COLLEGE | 6,555,592 | 482 | 6,197,697 | 8/27/2021 |
| 5931527107 | 4/14/2020 | HUSSON UNIVERSITY | 5,965,000 | 492 | | |
| 5416657106 | 4/13/2020 | MARIETTA COLLEGE | 5,935,000 | 419 | 5,366,857 | 11/16/2021 |
| 4924879009 | 5/21/2021 | MANHATTANVILLE COLLEGE | 5,892,442 | 483 | 5,939,259 | 3/15/2022 |
| 5501498205 | 8/7/2020 | LA SIERRA UNIVERSITY | 5,642,900 | 308 | | |

| EntityName | #employees 2018 | #employees 2019 | #employees 2020 | | Average |
|---|---|---|---|---|---|
| WHEATON COLLEGE-SBA SMALL 7A TERM | 1,765 | 1,792 | 1,829 | | 1,795 |
| LENOIR-RHYNE UNIVERISTY | 1,311 | 1,325 | 1,390 | | 1,342 |
| GWYNEDD MERCY UNIVERSITY | 1,187 | 1,214 | 1,224 | | 1,208 |
| WAYLAND BAPTIST UNIVERSITY | 1,324 | 1,517 | 1,385 | | 1,409 |
| OUR LADY OF THE LAKE UNIVERSITY OF SAN ANTONIO | 1,322 | 1,295 | 1,294 | | 1,304 |
| JOHNSON C SMITH UNIVERSITY | 875 | 823 | 420 | | 706 |
| GOLDEN GATE UNIVERSITY | 996 | 1,006 | 973 | | 992 |
| MARYMOUNT MANHATTAN COLLEGE | 1,548 | 1,255 | 1,361 | | 1,388 |
| BENNINGTON COLLEGE CORPORATION | 1,060 | 1,107 | 1,084 | | 1,084 |
| THE CORPORATION OF SAINT MARY'S COLLEGE NOTRE DAME | 1,559 | 1,517 | 1,529 | | 1,535 |
| MARIETTA COLLEGE | 1,094 | 1,110 | 1,151 | | 1,118 |
| UNIVERSITY OF DALLAS | 1,368 | 1,405 | 1,453 | | 1,409 |
| THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART | 1,064 | 1,059 | 1,075 | | 1,066 |
| ASSUMPTION COLLEGE | 1,361 | 1,278 | 1,288 | | 1,309 |
| MILLS COLLEGE | 1,402 | 1,354 | 1,330 | | 1,362 |
| WESTMINSTER COLLEGE | 1,819 | 1,806 | 1,698 | | 1,774 |
| CHARLES R. DREW UNIVERSITY OF MEDICINE AND SCIENCE | 573 | 570 | 550 | | 564 |
| TREVECCA NAZARENE UNIVERSITY | 1,269 | 1,306 | 1,260 | | 1,278 |
| ST. FRANCIS COLLEGE | 604 | 618 | 597 | | 606 |
| UNIVERSITY OF SAINT FRANCIS | 1,193 | 1,175 | 1,149 | | 1,172 |
| CENTRE COLLEGE OF KENTUCKY | 1,460 | 1,465 | 1,432 | | 1,452 |
| DELAWARE VALLEY UNIVERSITY | 1,545 | 1,668 | 1,437 | | 1,550 |
| ROCKHURST UNIVERSITY | 1,214 | 1,200 | 1,143 | | 1,186 |
| HUSSON UNIVERSITY | 1,491 | 1,503 | 1,484 | | 1,493 |
| ALBION COLLEGE | 1,571 | 1,555 | 1,522 | | 1,549 |
| FRANCISCAN UNIVERSITY OF STEUBENVILLE | 2,140 | 2,192 | 2,178 | | 2,170 |
| VANGUARD UNIVERSITY OF SOUTHERN CALIFORNIA | 1,086 | 1,123 | 1,112 | | 1,107 |
| ALLEGHENY COLLEGE | 2,022 | 1,920 | 1,811 | | 1,918 |
| ST MARY'S COLLEGE OF MARYLAND | 1,559 | 1,517 | 1,529 | | 1,535 |
| DREW UNIVERSITY | 1,676 | 1,316 | 1,721 | | 1,571 |
| HOUSTON BAPTIST UNIVERSITY | 1,124 | 1,215 | 1,243 | | 1,194 |
| LA SIERRA UNIVERSITY | 1,578 | 1,519 | 1,238 | | 1,445 |
| GORDON COLLEGE | 950 | 852 | 867 | | 890 |
| | | | | | |