**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GORDON COLLEGE
255 Grapevine Road
Wenham, MA 01984-1899,

*Petitioner / Plaintiff*,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, *in her Official Capacity as Administrator of the Small Business Administration*; *and* THE UNITED STATES OF AMERICA,

*Respondents / Defendants*.

Case No. 1:23-cv-614-BAH

**FIRST AMENDED PETITION FOR JUDICIAL REVIEW AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

# EXHIBIT 18

**United States Small Business Administration**
**Office of Hearings and Appeals**

| | |
|---|---|
| PETITION FOR RECONSIDERATION: | |
| SMALL BUSINESS ASSOCIATION | Issued: February 7, 2023 |
| Petitioner | Decision No. PPP- 5931527107 |
| Appealed from<br>SBA PPP Loan Number: 5931527107 | |

**APPEARANCES**

**Janna Gau, Esquire**, Counsel for the Appellant

**Mark O'Brien, Esquire**, Counsel for the Small Business Administration

**DECISION**

## I. Introduction and Jurisdiction

On December 28, 2021, the U.S. Small Business Administration (SBA) Office of Capital Access issued a final Paycheck Protection Program (PPP) loan review decision finding Husson University (Appellant) was ineligible for its PPP loan. On January 26, 2022, Appellant filed an appeal from that final SBA loan review decision. Appellant argued that the Final SBA Loan Review Decision was clearly erroneous, and requested that OHA reverse it, and find Appellant was eligible for full PPP loan forgiveness in the amount of $5,965,000.00. On August 4, 2022 the undersigned issued a decision in the appeal Reversing the SBA loan review decision and granting the Appellant full forgiveness of their PPP loan. On August 15, 2022 counsel for the SBA filed the instant Petition for Reconsideration of that decision. My decision of August 4, 2022 is incorporated in this decision on the instant Petition for Reconsideration as if fully written herein. For the reasons discussed in my decision of August 4, 2022, I AFFIRM that initial decision REVERSING the SBA loan review decision and granting the Appellant full forgiveness of their PPP loan.

OHA conducts Paycheck Protection Program (PPP) appeals under the authority of 13 C.F.R. part 134 Subpart L.

## II. Background

On April 08, 2020, Appellant, Husson University applied for a PPP Loan with the SBA certified lender, Bangor Savings Bank (Lender). The loan was approved and on April 23, 2020, SBA disbursed a PPP loan of $ 5,965,000.00 to Appellant through Lender. On July 16, 2021, Appellant filed an application for PPP loan forgiveness.

### A. Final SBA Review Decision

On December 28, 2021, SBA issued its final loan review decision finding that Appellant was ineligible for the PPP loan it received and therefore was not eligible for PPP loan forgiveness. Specifically, the SBA found after review of the documentation provided, that the Borrower business, or the Borrower together with its affiliates, exceeded the maximum allowable number of employees and the SBA small business size standards. SBA determined that forgiveness in the amount of $0.00 was appropriate.

### B. Appeal

On January 26, 2022, Appellant filed the instant appeal arguing the final SBA loan review decision was clearly erroneous and requested the Office of Hearings and Appeals (OHA) to reverse that decision and find that the Appellant was eligible for PPP loan forgiveness.

On March 07, 2022, the undersigned issued a Notice and Order directing the SBA to file the Administrative Record (AR) by April 12, 2022. On March 25, 2022, counsel for the SBA moved to extend the time to file the Administrative Record (AR) by 30 calendar days. The Administrative Judge found good cause for an extension of time to file the AR and directed counsel for the SBA to file a responsive brief to the Appellant's January 26, 2022, brief on or before the expiration of said extension. Specifically, SBA counsel was directed to address the Appellant's arguments apropos reliance on PPP loan application guidance available on or before the date of Appellant's application. On April 26, 2022, SBA moved to further extend the time to file the AR and a Response for an additional 30 calendar days. The Administrative Judge granted the extension and the SBA had until May 26, 2022, to file the AR.

The AR was filed on May 25, 2022. The SBA filed seven (7) supplements to the Administrative Record on May 25, 2022. On May 25, 2022, the Appellant filed an Addendum to the January 26, 2022, Brief and specifically addressed requested information solicited by the Administrative Judge. On May 26, 2022 the SBA filed a Brief in response to the instant appeal. Thereafter as noted above the undersigned issued a decision Reversing the SBA Final Loan Review Decision and granting full PPP loan forgiveness to the Appellant. It is from that decision that the SBA has filed the instant Petition for Reconsideration.

## III. Discussion & Analysis

As noted above, my original decision of August 4, 2022 is incorporated into this decision as if fully rewritten herein. While I find the briefs and arguments of both parties to be erudite at both the initial appeal and in the Petition for Reconsideration, I find nothing new or persuasive that alters my logic or rationale for the decision of August 4, 2022. Specifically, I do not find any clear error of law or fact material to the initial decision. Accordingly, the SBA's Petition for Reconsideration is **DENIED**. My initial decision of August 4, 2022 is **Affirmed**, and the Appellant's original Appeal is **Granted**, and the SBA Final Loan Review Decision is Reversed.

## IV. Standard of Review

A Petitioner for Reconsideration has the burden of clearly showing an error of fact or law material to the decision. 13 C.F.R. § 134.1211(c).

## V. Conclusion

Petitioner SBA has not established that the Initial decision was based on a clear error of law or fact material to the decision. I therefore **DENY** the Petition for Reconsideration and **AFFIRM** the Initial Decision reversing the final SBA loan review decision. The SBA is directed to issue a new final loan review decision providing that Husson University's Paycheck Protection Program loan of $ 5,965,000.00 be forgiven in full.

The discretionary authority of the Administrator to review and/or reverse a decision does not create any additional rights of appeal on the part of an appellant not otherwise specified in SBA regulations in this chapter. See id. Once the OHA decision becomes final or the Administrator issues a final decision, the final decision may be appealed to the appropriate Federal district court. 13 C.F.R. §134.1211(d). This decision is non-precedential but may be published. 13 C.F.R. § 134.1211(e) and (f).

James M. Caulfield

JAMES M CAULFIELD
Administrative Judge