IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GORDON COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION *et. al*,<br><br>*Defendants*. | No. 1:23-cv-614 (BAH) |

## DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move to dismiss counts three through ten of Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Civil Rule 7. The reasons for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss.

Date:  October 2, 2023

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    BRIAN D. NETTER
    Deputy Assistant Attorney General

    JOHN R. GRIFFITHS
    Director

    JAMES J. GILLIGAN
    Special Litigation Counsel

    */s/ Bonnie E. Devany*
    BONNIE E. DEVANY
    Trial Attorney (Tex. Bar No. 24131173)
    United States Department of Justice
    Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8101
Email: bonnie.e.devany@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 2, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                   */s/ Bonnie E. Devany*
                   BONNIE E. DEVANY