UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GORDON COLLEGE,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION *et al.*,<br><br>                    Defendants. | Civil Action No. 23-614 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendants' Partial Motion to Dismiss, ECF No. 16, and the related legal memoranda in support and in opposition, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that defendants' Partial Motion to Dismiss, ECF No. 16, is **GRANTED**; it is further

**ORDERED** that plaintiff's claims in the Amended Complaint, alleging violation of the Religious Freedom Restoration Act ("RFRA"), 42 U.S.C. § 2000bb *et seq.*, in Count 3; disparate treatment, "non-generally applicable treatment," and "especially harsh treatment," in violation of the First Amendment's Free Exercise Clause, in Counts 4, 5, and 6, and the Fifth Amendment's Equal Protection Clause, in Counts 9 and 10; a denominational preference, in violation of the First Amendment's Establishment Clause, in Count 7; and interference with religious autonomy, in violation of the First Amendment's Free Exercise and Establishment Clauses, in Count 8, are **DISMISSED**; and it is further

**ORDERED** that the parties shall file, by August 1, 2024, a Joint Meet and Confer Report as required by paragraph 4(a) of the Court's Standing Order, ECF No. 4, proposing a schedule

for further proceedings to address plaintiff's remaining claims, in Count 1, under the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*; in Count 2, under the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*; and in Count 11, under the Fifth Amendment's Due Process Clause.

**SO ORDERED.**

Date:   July 18, 2024

_____
**BERYL A. HOWELL**
United States District Judge
