IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GORDON COLLEGE<br>    255 Grapevine Road<br>    Wenham, MA 01984-1899,<br><br>    *Petitioner / Plaintiff*,<br><br>    v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, *in her Official Capacity as Administrator of the Small Business Administration*; *and* THE UNITED STATES OF AMERICA,<br><br>    *Respondents / Defendants*. | Case No. 1:23-cv-614-BAH |

**JOINT APPENDIX INDEX OF CITED MATERIALS
RELATED TO DEFENDANTS' PARTIAL MOTIONS
FOR SUMMARY JUDGMENT AND TO DISMISS**

In accordance with the Local Rules, the parties hereby file this Index and attached Joint Appendix of Cited Record Materials.

**INDEX TO JOINT APPENDIX OF CITED RECORD MATERIALS**

**I.    Cited Sections of Administrative Record Produced by Defendant SBA**

| Document | AR Citation | JA Page |
|---|---|---|
| 1. Gordon College Petition for Review | SBA-0001 to SBA-0020 | JA0001 |
| 2. SBA Initial Loan Forgiveness Determination (04/12/2022) | SBA-0021 to SBA-0022 | JA0021 |

1

| Document | AR Citation | JA Page |
|---|---|---|
| 3. April 22, 2022 Email from Citizens Bank, Subject: PPP Loan Forgiveness Denial | SBA-0023 | JA0023 |
| 4. Gordon College Certified SBA Form 2483 (04/20) PPP Borrower Application Form (04/06/2020) | SBA-0024 to SBA-0027 (also at SBA-1734 to SBA-1737) | JA0024 |
| 5. Small Business Paycheck Protection Program Information Sheet | SBA-0028 | JA0028 |
| 6. Paycheck Protection Program (PPP) Information Sheet – Lenders | SBA-0029 to SBA-0030 | JA0029 |
| 7. Paycheck Protection Program (PPP) Information Sheet – Borrowers | SBA-0031 to SBA-0034 | JA0031 |
| 8. 13 CFR Part 120 [Docket No. SBA-2020-0015], Business Loan Program Temporary Changes; Paycheck Protection Program, Federal Register, Vol. 85, No. 73, Wednesday, April 15, 2020 | SBA-0035 to SBA-0041 | JA0035 |
| 9. SBA Frequently Asked Questions Regarding Participation of Faith-Based Organizations in the Paycheck Protection Program (PPP) and the Economic Injury Disaster Loan Program (EIDL) (April 3, 2020) | SBA-0042 to SBA-0046 | JA0042 |
| 10. Paycheck Protection Program Loans – Frequently Asked Questions (FAQs) – As of April 23, 2020 | SBA-0047 to SBA-0057 | JA0047 |
| 11. U. S. Small Business Administration – Table of Small Business Size Standards Matched to North American Industry Classification System Codes | SBA-0058 to SBA-0106 | JA0058 |
| 12. Gordon College – SBA PPP FOIA Data Charts [Exhibit 8 to Gordon Appeal Petition] [Page Partially Cut-Off in SBA Administrative Record] | SBA-0107 to SBA-0110 | JA0107 |
| 13. SBA OHA – AJ Smith Notice and Order (June 28, 2022) | SBA-0111 to SBA-0112 | JA0111 |

| Document | AR Citation | JA Page |
|---|---|---|
| 14. SBA OHA – Joint Motion for Extension of Time to File the Administrative Record and to File Objections to the Administrative Record (July 13, 2022) | SBA-0113 to SBA-0115 | JA0113 |
| 15. SBA OHA – AJ Smith Order Granting Extension of Time (July 13, 2022) | SBA-0116 | JA0116 |
| 16. SBA OHA – Joint Motion for Clarification of Order Granting Extension of Time {Issued July 13, 2022) (July 14, 2022) | SBA-0117 to SBA-0120 | JA0117 |
| 17. SBA OHA – AJ Smith Amended Order Granting Extension of Time (July 18, 2022) | SBA-0121 | JA0121 |
| 18. SBA OHA – AJ Smith Notice and Order (Issued September 19, 2022) | SBA-1689 to SBA-1690 | JA0122 |
| 19. SBA OHA – Appellant Gordon College's Objections to SBA Administrative Record (As Filed August 9, 2022) (Filed September 19, 2022) | SBA-1691 to SBA-1702 | JA0124 |
| 20. SBA OHA – AJ Smith Order Vacating Inadvertent Notice and Order (Issued September 20, 2022) | SBA-1703 | JA0136 |
| 21. SBA OHA – AJ Smith Decision Denying Gordon College PPP Appeal (Issued November 21, 2022) | SBA-1704 to SBA-1712 | JA0137 |
| 22. SBA OHA – Appellant Gordon College's Petition for Reconsideration of SBA Administrative Law Judge's Decision Issued November 21, 2022 and Failure to Address Appellant's Written Objections to the Administrative Record (Filed December 1, 2022) | SBA-1713 to SBA-1731 | JA0146 |
| 23. SBA OHA – AJ Smith Order for SBA to Supplement the Administrative Record (Issued December 2, 2022) | SBA-1732 | JA0165 |

| Document | AR Citation | JA Page |
|---|---|---|
| 24. SBA OHA – AJ Smith Notice of Filing Petition for Reconsideration and Date for Response (Issued December 2, 2022) | SBA-1733 | JA0166 |
| 25. SBA OHA – SBA Form 2483 (04/20) PPP Borrower Application Form (04/06/2020) filed as part of SBA "Supplement to the Administrative Record" December 5, 2022 | SBA-1734 to SBA-1737 | JA0167 |
| 26. SBA OHA – SBA "Supplement to the Administrative Record" including as "Exhibit A" SBA's "Appeal Summary Analysis" dated December 5, 2022 | SBA-1738 to SBA-1754 | JA0171 |
| 27. SBA OHA – Appellant Gordon College's Objections to SBA's *Supplement to the Administrative Record (Filed December 8, 2022)* (Filed December 19, 2022) | SBA-1755 to SBA-1767 | JA0188 |
| 28. SBA OHA – AJ Smith Decision on Appellant's Petition for Reconsideration (Issued January 5, 2023) ["Final Gordon Decision"] | SBA-1768 to SBA-1774 | JA0201 |
| 29. SBA Administrative Record Table of Contents | SBA-0122 to SBA-0126 | JA0208 |
| 30. SBA Review Summary | SBA-0127 to SBA-0148 | JA0213 |
| 31. SBA Denial Justification Document | SBA-0149 to SBA-0150 | JA0235 |
| 32. Gordon College Loan Forgiveness Application Form 3508 Revised January 19, 2021 | SBA-0156 to SBA-0163 (also at SBA-0174 to SBA-0171 and SBA-1549 to SBA-1556) | JA0237 |
| 33. Citizens Bank 11/03/2021 email to Stephen Lacorazza of Gordon College and Stephen Lacorazza 11/05/2021 email reply | SBA-0201 to SBA-0202 | JA0253 |

4

| Document | AR Citation | JA Page |
|---|---|---|
| 34. SBA 09/07/2021 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1531 to SBA-1532 | JA0255 |
| 35. SBA 10/13/2021 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1533 to SBA-1534 | JA0257 |
| 36. SBA 10/27/2021 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1535 to SBA-1536 | JA0259 |
| 37. SBA 11/03/2021 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1537 to SBA-1538 | JA0261 |
| 38. SBA 11/15/2021 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1539 to SBA-1541 | JA0263 |
| 39. SBA 11/18/2021 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1542 to SBA-1543 | JA0266 |
| 40. SBA 12/08/2021 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1544 to SBA-1546 | JA0268 |
| 41. SBA 02/25/2022 letter to Citizens Bank re PPP Loan Review for Gordon College | SBA-1547 to SBA-1548 | JA0271 |
| 42. Citizens Bank Certifications and Authorizations, Paycheck Protection Note, and other PPP loan documents electronically signed by Gordon College on April 23, 2020 | SBA-1113 to SBA-1133 | JA0273 |
| 43. Gordon College December 15, 2021 letter to SBA | SBA-1403 to SBA-1406 | JA0294 |
| 44. Gordon College December 3, 2021 letter to SBA | SBA-1407 to SBA-1420 (also at SBA-1421 to SBA-1434 and SBA-1471 to SBA-1484) | JA0298 |
| 45. Gordon College Executive Summary (December 2021) | SBA-1435 to SBA-1437 | JA0312 |
| 46. SBA PPP Loan Forgiveness Platform Acceptor Checklist | SBA-1557 | JA0315 |

| Document | AR Citation | JA Page |
|---|---|---|
| 47. File: Draft_-_Deliberative_and_Pre-Decisional_8289087101.pdf | SBA-1652 | JA1533 (late entry added to end of JA) |

## II.     Exhibits to Plaintiff-Petitioner Gordon College's Second Amended Complaint

| Document | Citation to Record | JA Page |
|---|---|---|
| 1. SBA ALJ Final Decision on Gordon College Petition for Reconsideration (Jan. 5, 2023) | Exhibit 1 to Gordon's Second Amended Complaint ("SAC") [ECF 31-1] | JA0316 |
| 2. SBA ALJ Initial Decision Denying Gordon College Appeal (Nov. 21, 2022) | Exhibit 2 to SAC [ECF 31-2] | JA0324 |
| 3. Gordon College Petition for Reconsideration of SBA ALJ Initial Decision (Dec. 1, 2022) | Exhibit 3 to SAC [ECF 31-3] | JA0334 |
| 4. Gordon College Original PPP Loan Application, SBA Form 2483 (originally included as Exhibit 3 to Gordon College Appeal Petition [Exhibit 7 below]) (Apr. 6, 2020) | Exhibit 4 to SAC [ECF 31-4] | JA0354 |
| 5. Email from Citizens Bank to Gordon College (Oct. 28, 2021) | Exhibit 5 to SAC [ECF 31-5] | JA0359 |
| 6. SBA Loan Decision (originally included as Exhibit 1 to Gordon College Appeal Petition [Exhibit 7 below]) (April 12, 2022) | Exhibit 6 to SAC [ECF 31-6] | JA0361 |
| 7. Gordon College Appeal Petition (without original exhibits) (May 13, 2022) | Exhibit 7 to SAC [ECF 31-7] | JA0364 |
| 8. Exhibit 11 to Gordon Appeal Petition—SBA PPP FOIA Data Charts | Exhibit 8 to SAC [ECF 31-8] | JA0385 |
| 9. Gordon College Objections to SBA Administrative Record As Filed August 19, 2022 (Sep. 19, 2022) | Exhibit 9 to SAC [ECF 31-9] | JA0390 |

6

| Document | Citation to Record | JA Page |
|---|---|---|
| 10. SBA AJ Smith's Notice and Order (Sep. 19, 2022) | Exhibit 10 to SAC [ECF 31-10] | JA0403 |
| 11. SBA AJ Smith's Order Vacating Inadvertent Notice and Order (Sep. 20, 2022) | Exhibit 11 to SAC [ECF 31-11] | JA0406 |
| 12. SBA AJ Smith's Notice of Filing Petition for Recon. and Date for Response (Dec. 2, 2022) | Exhibit 12 to SAC [ECF 31-12] | JA0408 |
| 13. SBA AJ Smith's Order for SBA to Supplement the Administrative Record (Dec. 2, 2022) | Exhibit 13 to SAC [ECF 31-13] | JA0410 |
| 14. SBA Supplement to the Administrative Record—Appeal Analysis (Dec. 8, 2022) | Exhibit 14 to SAC [ECF 31-14] | JA0412 |
| 15. Gordon College's Objections to SBA Supplement of Administrative Record (Dec. 19, 2022) | Exhibit 15 to SAC [ECF 31-15] | JA0430 |
| 16. SBA AJ Caulfield's Initial Decision for Husson University Appeal (Aug. 4, 2022) | Exhibit 16 to SAC [ECF 31-16] | JA0444 |
| 17. U.S. Sen. Susan Collins Letter to SBA on behalf of Husson University (Nov. 1, 2022) | Exhibit 17 to SAC [ECF 31-17] | JA0461 |
| 18. SBA AJ Caulfield's Final Decision for Husson University (Feb. 7, 2023) | Exhibit 18 to SAC [ECF 31-18] | JA0469 |

### III. Small Business Administration Office of Hearings and Appeals ("OHA") Administrative PPP Loan Appeal Decisions

| Appellant | OHA Docket | Hearing Officer | JA Page |
|---|---|---|---|
| 1. 3rd Generation, Inc. | 4146537110 | Pardo, AJ | JA0473 |
| 2. Accordius Health at Asheville LLC | 4336458510 | Haring, ALJ | JA0481 |
| 3. Anjac Fashion Buildings LLC | 4550359000 | Haring, ALJ | JA0532 |
| 4. Anjac Fashion Buildings LLC | 4550359000 | Burke, AJ | JA0581 |

| Appellant | OHA Docket | Hearing Officer | JA Page |
|---|---|---|---|
| 5. ATHR Management Company, LLC | 6517827004 | Sturek, AJ | JA0583 |
| 6. Auto Finance Solutions, LLC | 8232657105 | Essmyer, Jr., ALJ | JA0593 |
| 7. Auto Money North, LLC | 4909947005 | Essmyer, Jr., ALJ | JA0610 |
| 8. Best Money, Inc. | 7195057010 | Trunick, Sr. ALJ | JA0623 |
| 9. Bradfield Properties, Inc. | 5644677005 | Ambrow, ALJ | JA0631 |
| 10. Butterfield Health Care Inc. | 8187157206 | Smith, AJ | JA0641 |
| 11. Capitol Loans of Mississippi, Inc. | 7301587010 | Barbeito, AJ | JA0651 |
| 12. Carolina Finance, LLC | 4544647702 | Breton, AJ | JA0666 |
| 13. Challenge Financial Services, Inc. | 5773217101 | Pardon, AJ | JA0670 |
| 14. Club Fitness Holdings, Inc. | 7464777209 | Williams, AJ | JA0679 |
| 15. Continental Real Estate | 5457717009 | Sturek, AJ | JA0687 |
| 16. Continuity Logic, L.L.C. | 8694278709 | Zamora, ALJ | JA0713 |
| 17. Cusano Smith, PLLC | 1959867707 | Barbeito, AJ | JA0719 |
| 18. Daco Investments LLC | 3870138002 | Sturek, AJ | JA0741 |
| 19. Dunlavy Development Phase I LLC | 2308857204 | Holleman, AJ | JA0757 |
| 20. Eagle Financial Services, Inc. | 9716822710 | Haring, ALJ | JA0763 |
| 21. Eli's Leasing, Inc. | 139874716 | Knight, AJ | JA0791 |
| 22. Essential Lending, Inc. | 7089217104 | Breton, AJ | JA0800 |
| 23. Essintial Enterprise Solutions, LLC | 1596507105 | Sturek, AJ | JA0810 |
| 24. 1st Financial Services of MS, Inc. | 7978367005 | Trunick, Sr. ALJ | JA0831 |
| 25. Franklin Capital Holdings LLC | 7738557004 | Mehle, AJ | JA0839 |

| Appellant | OHA Docket | Hearing Officer | JA Page |
|---|---|---|---|
| 26. GFI Management Services Inc. (four First Draw decisions denying appeals) | 4087497306<br>8855987106<br>8839147101<br>8837037110 | Haring, ALJ | JA0843 |
| 27. GFI Management Services Inc. (four First Draw decisions denying reconsideration) | 4087497306<br>8855987106<br>8839147101<br>8837037110 | Haring, ALJ | JA0917 |
| 28. GFI Management Services Inc. (four Second Draw decisions denying appeals) | 3546578504<br>5203288410<br>5323228408<br>9408398410 | Haring, ALJ | JA0993 |
| 29. GFI Management Services Inc. (four Second Draw decisions denying reconsideration) | 3546578504<br>5203288410<br>5323228408<br>9408398410 | Haring, ALJ | JA1070 |
| 30. Global Values, Inc. | 8895107007 | Knight, AJ | JA1150 |
| 31. Gordon College | 8289087101 | Smith, AJ | JA1162 |
| 32. Hunt Services, Inc. (First Draw) | 7203287108 | Hill, ALJ | JA1178 |
| 33. Hunt Services, Inc. (Second Draw) | 7471828401 | Smith, AJ | JA1181 |
| 34. Husson University | 5931527107 | Caulfield, AJ | JA1186 |
| 35. Hustle Ova Everything Entertainment LLC | 5511277304 | O'Bryant, AJ | JA1205 |
| 36. Lawndale Christian Health Center | 5819168004 | McGinn-Shapiro, ALJ | JA1206 |
| 37. Marjer Inc. | 5024688809 | Zamora, ALJ | JA1217 |
| 38. Motorists Acceptance Corporation | 4347567202 | Essmyer, Jr., ALJ | JA1224 |

| Appellant | OHA Docket | Hearing Officer | JA Page |
|---|---|---|---|
| 39. Pillar Income Asset Management, Inc. | 5445887202 | Essmyer, Jr., ALJ | JA1237 |
| 40. Pilot Finance, Inc. | 1021077106 | Shailer, AJ | JA1300 |
| 41. Ramey & Schwaller, LLP | 8297247700 | Haring, ALJ | JA1321 |
| 42. Southern Hills Acceptance, Inc. | 6549117008 | Miranda, ALJ | JA1333 |
| 43. SSCP Management, Inc. | 6523467010 | Sturek, AJ | JA1348 |
| 44. Sunrise Finance Company | 9871777107 | Sturek, AJ | JA1359 |
| 45. Tavrida and Vigorosis LLC (dismissing appeal) | 2058717803 | Williams, AJ | JA1371 |
| 46. Tavrida and Vigorosis LLC (denying reconsideration) | 2058717803 | Plott, ALJ | JA1394 |
| 47. Third Union Finance, Inc. | 6096027001 | Smith, AJ | JA1398 |
| 48. Thompson Services | 1490337202 | Haring, ALJ | JA1407 |
| 49. Treasurer Loans of Batesville, Inc. | 7143927009 | English, AJ | JA1425 |
| 50. Twinco, Inc. | 5046657206 | Williams, AJ | JA1429 |
| 51. Utah Trailways Charter Bus Company LLLC, and 15 other consolidated cases | 1780087404 | Trunick, Sr. ALJ | JA1438 |
| 52. Venice Family Clinic | 6472417201 | Haring, ALJ | JA1462 |
| 53. The Vinegar Factory Inc | 9911087009 | Haring, ALJ | JA1478 |
| 54. Westside Credit Corporation | 5679997105 | Knight, AJ | JA1513 |
| 55. Windsor Court Hotel Partners, LLC | 5292997209 | Breton, AJ | JA1521 |
| 56. William C. Smith & Co., Inc. | 7310038410 | Pardo, AJ | JA1526 |

**IV.    Small Business Administration Database of PPP Loan Recipients**

1. PPP FOIA Data and Resources files for loans greater than $150,000.00 made publicly available by the U.S. Small Business Administration: this data file is in electronic format and is too large to print and include in this Joint Appendix, but has been posted by SBA at https://data.sba.gov/dataset/ppp-foia

Dated this 11th day of April, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br><br>JOSEPH E. BORSON<br>Assistant Director<br><br>/s/ *Bonnie E. Devany*<br>BONNIE E. DEVANY<br>Trial Attorney (Tex. Bar No. 24131173)<br>United States Department of Justice Civil Division, Federal Programs Branch 1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 616-8101<br>Email: bonnie.e.devany@usdoj.gov<br><br>*Counsel for United States* | /s/ *J. Matthew Szymanski*<br>J. Matthew Szymanski, Esq.<br>D.D.C. Bar ID: VA157<br>GAMMON & GRANGE, P.C.<br>1945 Old Gallows Road, Suite 650<br>Vienna, VA 22182<br>(703) 761-5030 (telephone)<br>(703) 761-5030 (facsimile)<br>Email: JMS@gg-law.com<br><br>Scott J. Ward, Esq.<br>D.D.C. Bar ID: VA158<br>GAMMON & GRANGE, P.C.<br>1945 Old Gallows Road, Suite 650<br>Vienna, VA 22182<br>(703) 761-5012 (telephone)<br>Email: SJW@gg-law.com<br><br>*Counsel for Gordon College* |