IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GORDON COLLEGE<br><br>*Petitioner / Plaintiff,*<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>*Respondents / Defendants.* | Civil Action No. 1:23-cv-614 (BAH)<br><br>NOTICE OF APPEAL |

**PLAINTIFF GORDON COLLEGE'S NOTICE OF APPEAL**

Notice is hereby given this 27th day of June, 2025, that Petitioner/Plaintiff Gordon College hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from: (1) this Court's Order Granting Defendants' Partial Motion for Summary Judgment, Partial Motion to Dismiss, **and Final Judgment** (Dkt. #44) entered on the 28th day of May, 2025, in favor of Respondents/Defendants and against Petitioner/Plaintiff Gordon College; (2) this Court's Order Granting Defendants' Partial Motion to Dismiss (Dkt. #23) entered on the 18th day of July, 2024; and (3) any Decisions/Orders materially related to the above two Orders and subject to this appeal.

Dated this 27th day of June, 2025 and respectfully submitted,

                                         /s/ *J. Matthew Szymanski*
                                         J. Matthew Szymanski, Esq.
                                         D.D.C. Bar ID: VA157
                                         (703) 761-5030 (telephone) / (703) 761-5030 (fax)
                                         Email: JMS@gg-law.com
                                         Scott J. Ward, Esq.
                                         D.D.C. Bar ID: VA158
                                         (703) 761-5012 (telephone) / (703) 761-5012 (fax)
                                         Email: SJW@gg-law.com
                                         GAMMON & GRANGE, P.C.
                                         1945 Old Gallows Road, Suite 650
                                         Vienna, VA 22182
                                         *Counsel for Plaintiff-Petitioner Gordon College*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically transmitted the attached **NOTICE OF APPEAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

/s/ J. Matthew Szymanski
J. MATTHEW SZYMANSKI
