# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5242** **September Term, 2026**

**1:23-cv-00614-BAH**

**Filed On: October 20, 2026**

Gordon College,

Appellant

v.

United States Small Business Administration, et al.,

Appellees

**ORDER**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk